UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DEQUARIUS STEWART,<br><br>Plaintiff,<br><br>v.<br><br>UNKNOWN BOOG,<br><br>Defendant. | Case No. 26-12128<br>Honorable Laurie J. Michelson |

**ORDER SUMMARILY DISMISSING COMPLAINT [1]**

On November 18, 2025, Dequarius Stewart, a state prisoner incarcerated at the St. Louis Correctional Facility, filed this civil rights case in the Western District of Michigan. (*See* ECF No. 1.) In June 2026, Magistrate Judge Maarten Vermaat issued an order transferring the case to this Court pursuant to 28 U.S.C. § 1406(a) (ECF No. 5).

Once here, Chief Magistrate Judge David R. Grand issued an order advising Stewart of a filing fee deficiency in his case and instructing Stewart to correct it by either paying the initial filing fee or submitting an application to proceed without prepaying fees or costs. (ECF No. 5.) The order further warned that if Stewart failed to do either within 30 days from the date of that order, his case would be dismissed for want of prosecution. (*Id.*)

Stewart's time to correct the filing fee deficiency has now expired, but he has failed to pay the fee or submit an application to proceed without prepaying the fee. Accordingly, Stewart's complaint is DISMISSED WITHOUT PREJUDICE for want

of prosecution and failure to abide by the Court's order. *See* Fed. R. Civ. P. 41(b); *see also Erby v. Kula*, 113 F. App'x 74, 75–76 (6th Cir. 2004); *Davis v. United States*, 73 F. App'x 804, 805 (6th Cir. 2003).

SO ORDERED.

Dated: August 10, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE